Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 22−13267−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Saima Hashmi | Abdul Q Hashmi |
| aka Saima Q Hashmi | 254 B Myrtle Avenue |
| 254 B Myrtle Avenue | Boonton, NJ 07005 |
| Boonton, NJ 07005 | |

Social Security No.:  
xxx−xx−3163                                             xxx−xx−3037

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 8, 2022.

On 01/22/2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                    March 6, 2024  
Time:                     08:30 AM  
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 22, 2024  
JAN: dlr

                                                                                                Jeanne Naughton  
                                                                                                Clerk

In re:      Case No. 22-13267-RG
Saima Hashmi      Chapter 13
Abdul Q Hashmi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Jan 22, 2024     Form ID: 185     Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Saima Hashmi, Abdul Q Hashmi, 254 B Myrtle Avenue, Boonton, NJ 07005-1765 |
| 519562884 | + | Advocare Ear, Nose, & Throat Specialists, 95 Madison Avenue #105, Morristown, NJ 07960-7331 |
| 519562898 | + | Law Office of Richard W. Krieg, In c/o Anthony Iler, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519644432 | + | MORRISTOWN MEDICAL CENTER, CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITE STATION, NJ 08889-1750 |
| 519562901 | + | Morristown Medical, 100 Madison Avenue, Morristown, NJ 07960-6095 |
| 519562906 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519563675 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519586046 | + | TD Auto Finance, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519562913 | + | TransUnion, 80 State Street, Albany, NY 12207-2541 |
| 519562907 | + | superior Court of New Jersey, Michelle Smith, Clerk, 25 W. Market Street 6th Floor, Trenton, NJ 08611-2148 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2024 20:54:00 | AmeriCredit Financial Services Inc., PO Box 183853, Arlington, TX 76096 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2024 20:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 99605, Arlington, TX 76096-9605 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 22 2024 20:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2024 21:09:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519579654 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2024 20:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519650902 | + | Email/Text: bnc@bass-associates.com | Jan 22 2024 20:53:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 519562885 | + | Email/Text: bncnotifications@pheaa.org | Jan 22 2024 20:54:00 | Aes/efs, Attn: Bankruptcy, Po Box 61047, Harrisburg, PA 17106-1047 |
| 519562886 | + | Email/Text: backoffice@affirm.com | Jan 22 2024 20:55:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 519573573 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2024 20:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519562887 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 22 2024 20:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519636319 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 22 2024 20:53:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519629636 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2024 21:08:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519562889 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 22 2024 20:55:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1595 |
| 519562890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2024 21:09:03 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519562891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2024 21:19:39 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519562892 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2024 20:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519562893 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2024 21:08:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519569812 | | Email/Text: mrdiscen@discover.com | Jan 22 2024 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519562894 | + | Email/Text: mrdiscen@discover.com | Jan 22 2024 20:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519562895 | | Email/Text: bankruptcycourts@equifax.com | Jan 22 2024 20:54:00 | Equifax, POB 740241, Atlanta, GA 30374 |
| 519739850 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 22 2024 20:54:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 519740347 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 22 2024 20:54:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 519562896 | ^ | MEBN | Jan 22 2024 20:52:49 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519662315 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2024 20:54:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519562897 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2024 20:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519562888 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2024 21:08:38 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519584998 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 22 2024 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519925687 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2024 21:08:22 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519925688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2024 21:08:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519641313 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2024 21:09:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519562899 | + | Email/Text: Documentfiling@lciinc.com | Jan 22 2024 20:53:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519647359 | + | Email/Text: Documentfiling@lciinc.com | Jan 22 2024 20:53:00 | LendingClub Bank, NA, P.O. BOX 884268, Los |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Angeles, CA 90088-4268 |
| 519576798 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2024 21:08:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519562902 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2024 20:54:00 | Mr. Cooper, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519704500 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2024 20:54:00 | Nationstar Mortgage LLC,, c/o Nationstar Mortgage LLC,, Attn: Bankruptcy Dept.,, PO Box 619096,, Dallas, TX 75261-9741 |
| 519649066 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2024 20:54:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper,, c/o Nationstar Mortgage LLC d/b/a Mr. Co, ATTN: Bankruptcy Dept.,, PO Box 619096, Dallas, TX 75261-9096 |
| 519562903 | + | Email/PDF: pa_dc_claims@navient.com | Jan 22 2024 21:19:33 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519637843 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 22 2024 20:53:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 519562904 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 22 2024 21:08:24 | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154-0475 |
| 519575558 | + | Email/Text: bncnotifications@pheaa.org | Jan 22 2024 20:54:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 519651213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2024 21:08:40 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519562900 | | Email/Text: signed.order@pfwattorneys.com | Jan 22 2024 20:53:00 | Midland Funding, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519562905 | | Email/Text: signed.order@pfwattorneys.com | Jan 22 2024 20:53:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519645364 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2024 20:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519650063 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2024 21:09:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519562908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2024 21:19:31 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519562909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2024 21:08:58 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519562911 | + | Email/Text: jaxbanko@td.com | Jan 22 2024 20:53:00 | TD Auto Finance LLC, 4600 Touchton Road, Building 200, Suite 400, Jacksonville, FL 32246-8299 |
| 519562910 | + | Email/Text: jaxbanko@td.com | Jan 22 2024 20:53:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 519562912 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 22 2024 20:54:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519643640 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 22 2024 20:53:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519643655 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 22 2024 20:53:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519740346 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 519925689 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519925690 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jessica Ann Berry | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bankruptcy@gmlaw.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rodney Nelson | on behalf of Joint Debtor Abdul Q Hashmi rodneyknelson9@gmail.com rahafalrehaili@labayenlaw.com |
| Rodney Nelson | on behalf of Debtor Saima Hashmi rodneyknelson9@gmail.com rahafalrehaili@labayenlaw.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9